# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 25, 2026

Lyle W. Cayce
Clerk

No. 25-50707
Summary Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CARLOS SANCHEZ VARELA,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CR-2915-1

_____

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.[1]

PER CURIAM:[*]

The attorney appointed to represent Carlos Sanchez Varela has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez Varela has not filed a response. We have reviewed

_____

[1] Judge Douglas would deny counsel's dismissal and direct counsel to file either a supplemental *Anders* brief or a merits brief.

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50707

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.